# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:24-CV-245-KDB-DCK

| | |
|---|---|
| THURMAN YOUNG, JR., ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| ONEMAIN FINANCIAL GROUP, LLC, ) | |
| and EQUIFAX INFORMATION ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Stipulation To Arbitrate And [Motion] To Stay Claims" (Document No. 16) filed January 29, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, Plaintiff and Defendant OneMain Financial Group, LLC ("OneMain") "request that the Court enter an Order, ordering that all of the claims against OneMain in this action be submitted to final, binding arbitration before the AAA, and stay this action during the pendency of the arbitration." (Document No. 16, p. 2). Defendant Equifax Information Services, LLC ("Equifax") is not included in the stipulation to arbitrate or request to stay.

**IT IS, THEREFORE, ORDERED** that the "Joint Stipulation To Arbitrate And [Motion] To Stay Claims" (Document No. 16) is **GRANTED**. This matter is **STAYED** as to Defendant

OneMain, while Plaintiff and Defendant OneMain participate in binding arbitration with the American Arbitration Association ("AAA").

**IT IS FURTHER ORDERED** that Plaintiff and Defendant OneMain shall file a Status Report on **May 2, 2025**, and **every ninety (90) days thereafter**, until Defendant OneMain is dismissed or this action is otherwise closed by the Court.

**IT IS FURTHER ORDERED** that Plaintiff and Defendant Equifax shall file a "Certificate Of Settlement Conference" on or before **February 7, 2025**. See 5:19-MC-005-KDB (Document No. 2) (W.D.N.C. July 16, 2019).

**IT IS FURTHER ORDERED** that Plaintiff and Defendant Equifax shall file a "Certificate Of Initial Attorney's Conference" on or before **February 7, 2025**. See LCvR 16.1.

**SO ORDERED**.

Signed: January 30, 2025

David C. Keesler
United States Magistrate Judge